UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, P.C.**
**By:  Alexandra T. Garcia, Esquire (ATG4688)**
**216 Haddon Ave., Suite 201**
**Westmont, NJ  08108**
**856-858-7080**
Attorneys for Movant:  Bayview Loan Servicing, LLC.

**Order Filed on November 4,**
**2016 by Clerk U.S. Bankruptcy**
**Court District of New Jersey**

In re:

Douglas B. Gustavsen and
Kristina M. Gustavsen *aka*
Kristina M. Falkenstein
          Debtors

Case No.: 12-29905

Chapter 13

Judge: Jerrold N. Poslusny, Jr.

## ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: November 4, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Douglas B. Gustavsen and Kristina M. Gustavsen
Case No: 12-29905
Caption of Order:  ORDER APPROVING LOAN MODIFICATION

---

Upon the motion of **Bayview Loan Servicing, LLC ("Bayview")**, for approval of a loan modification, and for good cause shown, it is

**ORDERED** that Bayview's Motion to Approve Loan Modification is hereby **GRANTED**; and it is further

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Bayview shall withdraw the claim without prejudice or amend the arrearage portion of its Proof of Claim to zero within thirty (30) days of completion of the loan modification; and it is further

**ORDERED** that Debtors shall file a Modified Chapter 13 Plan and Amended Schedule J within 20 days of the Loan Modification being finalized; and it is further

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to Bayview pending completion of the loan modification and all money that would otherwise be paid to Bayview be held until the claim is withdrawn or amended or the Trustee is notified by Bayview that the modification was not consummated; and it is further

**ORDERED** that in the event the loan modification is not consummated, Bayview shall notify the Trustee and Debtors' attorney of same. Any money that was held by the Trustee pending the completion of the modification shall be paid to Bayview; and it is further

**ORDERED** that in the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and it is further

**ORDERED** that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further

**ORDERED** that Bayview shall be awarded $650.00 attorneys fees for filing this motion to be paid through the Debtor's Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 12-29905-JNP
Douglas B. Gustavsen                                                        Chapter 13
Kristina M. Gustavsen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin           Page 1 of 1           Date Rcvd: Nov 04, 2016
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
db/jdb        Douglas B. Gustavsen,    Kristina M. Gustavsen,    119 Rose Ave,    Bellmawr, NJ  08031-2131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2016 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   Ally Financial serviced by Ally Servicing LLC
           mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor   Ally Financial mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert  Manchel    on behalf of Joint Debtor Kristina M. Gustavsen manchellaw@yahoo.com
          Robert  Manchel    on behalf of Debtor Douglas B. Gustavsen manchellaw@yahoo.com
                                                                              TOTAL: 9