# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 12–29905–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Douglas B. Gustavsen
119 Rose Ave
Bellmawr, NJ 08031–2131

Kristina M. Gustavsen
aka Kristina M. Falkenstein
119 Rose Ave
Bellmawr, NJ 08031–2131

Social Security No.:
xxx–xx–7867

xxx–xx–8137

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 20, 2015.

On 11/11/2016 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                December 7, 2016
Time:                09:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: November 17, 2016
JJW: kaj

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 12-29905-JNP
Douglas B. Gustavsen                                              Chapter 13
Kristina M. Gustavsen
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 3              Date Rcvd: Nov 17, 2016
                             Form ID: 185             Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2016.
```
db/jdb         Douglas B. Gustavsen,    Kristina M. Gustavsen,    119 Rose Ave,    Bellmawr, NJ  08031-2131
513378823      AES-WACHOVIA PURCH on behalf,    of United Student Aid Funds,    Sallie Mae Guaranteed Services,
                PO Box 9430,    Wilkes-Barre, PA  18773-9430
513411221     +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147
513274935      Advanced ENT,    PO Box 48158,    Newark, NJ  07101-8358
513274936      Advanced Internal Medicine Of SJ,    750 Route 73 S Ste 108,    Marlton, NJ  08053-4142
513274938      Aes,    PO Box 2461,    Harrisburg, PA  17105-2461
513274939      Aes/nct,    1200 N 7th St,    Harrisburg, PA  17102-1419
513274940      Aes/pheaa,    PO Box 2461,    Harrisburg, PA  17105-2461
513274942      Allied Interstate, Inc.,    P.O. Box 361774,    3000 Corporate Exchange Dr 5th Fl,
                Columbus, OH  43231-7689
513274945     +Atlantic City Electric,    C/O Rickart Collection Systems Inc.,    575 Milltown Rd,
                North Brunswick, NJ 08902-3321
513274946      Audubon Back Aid Center,    246 S White Horse Pike,    Audubon, NJ  08106-1352
513274947      Bank Of America, N.a.,    450 American St,    Simi Valley, CA  93065-6285
513496501      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513508982      Burlington Anesthesia Assoc.,    Apex Asset Management, LLC,    PO Box 5407,
                Lancaster, PA  17606-5407
513274971    ++C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile,    PO Box 742596,    Cincinnati, OH  45274-2596)
513274949     +CAC Financial Corp,    2601 NW Expressway Ste 1000E,    Oklahoma City, OK 73112-7236
513274950    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    PO Box 85520,    Richmond, VA  23285-5520)
513508507     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513274952      Capital One,    PO Box 71083,    Charlotte, NC  28272-1083
513274951     #Capital One,    PO Box 5253,    Carol Stream, IL  60197-5253
513386478      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
513274954      Children’s Hospital Of Philadelphia,    34th Street & Civic Center Boulevard,
                Philadelphia, PA  19104-4399
513577868      Educational Credit Management Corp.,    PO Box 16408,    St. Paul, MN 55116-0408
513274955      Elan Financial Service,    Cb Disputes,    Saint Louis, MO  63166
513274956      Emerg Care Services Of NJ,    C/O HRRG,    PO Box 189053,    Plantation, FL  33318-9053
513274957      Encore Receivable Mgmt, Inc.,    PO Box 3330,    Olathe, KS  66063-3330
513274958      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
513274959      Frank H. Slattery,    Frank H. Slattery & Associates LLC,    739 S White Horse Pike Ste 4,
                Audubon, NJ  08106-1659
513274962      Health Network Laboratories,    Washington Professional Campus,    900 Route 168 Ste I2,
                Blackwood, NJ  08012-3234
516444497     +McCABE WEISBERG & CONWAY PC,    216 Hadden Avenue,    Suite 201 Westmont NJ 08108-1120
513274966     +New Jersey Div. Of Taxation,    Compliance Activity,    PO Box  245,    Trenton, NJ 08646-0245
513362182     +PHEAA CONDUIT-AMBAC,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
513833870    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                Trenton, NJ 08695-0245)
513274968      South Jersey Radiology,    PO Box 1710,    Voorhees, NJ  08043-7710
513274969     +State Of NJ., Office / Attorney General,    25 Market St., PO Box 119,    Trenton, NJ 08625-0119
513274970      T-Mobile,    C/O MCM,    Dept 12421,    Oaks, PA  19456-0603
513274972      Thd/cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
513343118    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: ELAN FINANCIAL SERVICES,    AS SERVICER FOR FULTON BANK OF NJ21,
                BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
513274973      Underwood Memorial Hospital,    PO Box 150,    West Berlin, NJ  08091-0150
513274975      Virtua Health Voorhees,    PO Box 7009,    Bellmawr, NJ  08099-7009
513274976      Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA  19178-8500
515311259     +Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, PC,    c/o Sage Capital Recovery,
                Attention: Robert Cohen,    1040 North Kings Highway,    Cherry Hill, NJ 08034-1908
515311258     +Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, PC,    Five Greentree Centre, Suite 303,
                Marlton, NJ 08053-3422
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 17 2016 23:17:49     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 17 2016 23:17:46     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
cr             E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2016 23:16:52
                Ally Financial serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN  55113-0004
513274937     +E-mail/Text: bankruptcy@icsystem.com Nov 17 2016 23:18:31     Advocare Greentree Pediatrics,
                C/O IC System Inc.,    444 Highway 96 E,    Saint Paul, MN 55127-2557
513274941      E-mail/Text: roy.buchholz@allianceoneinc.com Nov 17 2016 23:16:52     Alliance One,
                4850 E Street Rd Ste 300,    Trevose, PA  19053-6643
```

```
District/off: 0312-1          User: admin               Page 2 of 3                 Date Rcvd: Nov 17, 2016
                              Form ID: 185              Total Noticed: 70


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515847968         E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2016 23:16:52     Ally Financial,
                  PO Box 130424,    Roseville, MN 55113-0004
513274943         E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2016 23:16:52     Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
513355486        +E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2016 23:16:52     Ally Financial,
                  c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
513292481         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 23:21:48
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK 73126-8941
515236439        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 17 2016 23:18:22
                  Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                  4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
515236438        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 17 2016 23:18:22
                  Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, Florida 33146-1837
513274953         E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 23:16:17     Carecredit/GECRB,    PO Box 965033,
                  Orlando, FL 32896-0001
513274960        +E-mail/Text: bankruptcy@fult.com Nov 17 2016 23:18:50     Fulton Bank Of New Jersey,
                  533 Fellowship Rd,    Mount Laurel, NJ 08054-3411
513274961         E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2016 23:15:25     Gecrb/gap,    PO Box 965005,
                  Orlando, FL 32896-5005
513274963         E-mail/Text: bankruptcy@icsystem.com Nov 17 2016 23:18:31     Ic Systems Inc,    PO Box 64378,
                  Saint Paul, MN 55164-0378
513484029         E-mail/Text: bknotice@crgofusa.com Nov 17 2016 23:18:20
                  InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                  DALLAS, TX 75312-3203
513274964         E-mail/Text: bankruptcydpt@mcmcg.com Nov 17 2016 23:17:45     Midland Funding,
                  8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
513274965        +E-mail/Text: bankruptcydepartment@tsico.com Nov 17 2016 23:18:40     NCO Financial Systems,
                  PO Box 15618,    Wilmington, DE 19850-5618
513519139         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 23:29:44
                  Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
513636541         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 23:21:48
                  Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
513531718         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 23:21:57
                  Portfolio Recovery Associates, LLC,    c/o Capital One, Na,    PO Box 41067,    Norfolk VA 23541
513490364         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 23:21:41
                  Portfolio Recovery Associates, LLC,    c/o The Home Depot,    PO Box 41067,    Norfolk VA 23541
513853354        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 23:21:41
                  PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
513342354         E-mail/Text: bnc-quantum@quantum3group.com Nov 17 2016 23:17:39
                  Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
513274967         E-mail/Text: bkrpt@retrievalmasters.com Nov 17 2016 23:17:45     Quest Diagnostics, Inc.,
                  C/O AMCA,    4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
513274974         E-mail/Text: bnc@alltran.com Nov 17 2016 23:16:57     United Recovery Systems,    PO Box 722929,
                  Houston, TX 77272-2929
513274977         E-mail/Text: bankruptcydepartment@tsico.com Nov 17 2016 23:18:41     West Jersey Hospital,
                  C/O NCO Financial Systems Incs.,    20 Clementon Rd E # 102 North,    Gibbsboro, NJ 08026-1165
                                                                                                TOTAL: 27

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*              Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
513274944       ##Apex Asset Management,    1891 Santa Barbara Dr,    Lancaster, PA 17601-4106
513274948      ##+Bergen County Probation Dept.,    133 River Street,    Hackensack, NJ 07601-7196
513464877      ##+Denise M. Gustavsen,    234 Howard Ave.,    Rochelle Park, NJ 07662-3421
                                                                                                TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin                Page 3 of 3         Date Rcvd: Nov 17, 2016
                              Form ID: 185               Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2016 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial mortonlaw.bcraig@verizon.net,
           donnal@mortoncraig.com;mhazlett@mortoncraig.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
           mortonlaw.bcraig@verizon.net,   donnal@mortoncraig.com;mhazlett@mortoncraig.com
          Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert   Manchel    on behalf of Joint Debtor Kristina M. Gustavsen manchellaw@yahoo.com
          Robert   Manchel    on behalf of Debtor Douglas B. Gustavsen manchellaw@yahoo.com
                                                                                             TOTAL: 9
```