UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Robert Manchel
Executive Center of Greentree
One Eves Drive, Suite 111
Marlton, NJ  08053
(856) 797-1500
Robert Manchel
RM 1141
Attorney for Debtor(s)

 In Re:

 Douglas B. and Kristina M. Gustavsen

**Order Filed on January 27, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 12-29905JNP

Chapter: 13

Judge: Jerrold N. Poslusny Jr.

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 27, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert Manchel, Esquire_____, the applicant, is allowed a fee of $ \_\_\_\_\_500.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_0.00\_\_\_\_ for a total of $\_\_\_\_\_500.00\_\_\_\_\_ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_465.00\_\_\_ per month for \_\_\_\_7\_\_\_\_ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*