**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Douglas B. Gustavsen | Social Security number or ITIN   xxx–xx–7867 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kristina M. Gustavsen | Social Security number or ITIN   xxx–xx–8137 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   12–29905–JNP

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Douglas B. Gustavsen

Kristina M. Gustavsen
aka Kristina M. Falkenstein

11/7/17

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

| | | |
|---|---|---|
| Form 3180W | **Chapter 13 Discharge** | page 1 |

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                         Case No. 12-29905-JNP
Douglas B. Gustavsen                                           Chapter 13
Kristina M. Gustavsen
        Debtors                  CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 3           Date Rcvd: Nov 07, 2017
                               Form ID: 3180W           Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db/jdb         Douglas B. Gustavsen,    Kristina M. Gustavsen,    119 Rose Ave,    Bellmawr, NJ  08031-2131
513378823      AES-WACHOVIA PURCH on behalf,    of United Student Aid Funds,    Sallie Mae Guaranteed Services,
                PO Box 9430,    Wilkes-Barre, PA  18773-9430
513411221     +AES/PHEAA,    PO BOX 8147,    HARRISBURG PA  17105-8147
513274935      Advanced ENT,    PO Box 48158,    Newark, NJ  07101-8358
513274936      Advanced Internal Medicine Of SJ,    750 Route 73 S Ste 108,    Marlton, NJ  08053-4142
513274938      Aes,    PO Box 2461,    Harrisburg, PA  17105-2461
513274939      Aes/nct,    1200 N 7th St,    Harrisburg, PA  17102-1419
513274940      Aes/pheaa,    PO Box 2461,    Harrisburg, PA  17105-2461
513274942      Allied Interstate, Inc.,    P.O. Box 361774,    3000 Corporate Exchange Dr 5th Fl,
                Columbus, OH  43231-7689
513274944      Apex Asset Management,    1891 Santa Barbara Dr,    Lancaster, PA  17601-4106
513274945     +Atlantic City Electric,    C/O Rickart Collection Systems Inc.,    575 Milltown Rd,
                North Brunswick, NJ 08902-3321
513274946      Audubon Back Aid Center,    246 S White Horse Pike,    Audubon, NJ  08106-1352
513496501      Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
513508982      Burlington Anesthesia Assoc.,    Apex Asset Management, LLC,    PO Box 5407,
                Lancaster, PA  17606-5407
513274949     +CAC Financial Corp,    2601 NW Expressway Ste 1000E,    Oklahoma City, OK  73112-7236
513508507     +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
513274954      Children’s Hospital Of Philadelphia,    34th Street & Civic Center Boulevard,
                Philadelphia, PA  19104-4399
513274955      Elan Financial Service,    Cb Disputes,    Saint Louis, MO  63166
513274956      Emerg Care Services Of NJ,    C/O HRRG,    PO Box 189053,    Plantation, FL  33318-9053
513274957      Encore Receivable Mgmt, Inc.,    PO Box 3330,    Olathe, KS  66063-3330
513274958      Financial Recoveries,    200 E Park Dr Ste 100,    Mount Laurel, NJ  08054-1297
513274959      Frank H. Slattery,    Frank H. Slattery & Associates LLC,    739 S White Horse Pike Ste 4,
                Audubon, NJ  08106-1659
513274962     #Health Network Laboratories,    Washington Professional Campus,    900 Route 168 Ste I2,
                Blackwood, NJ  08012-3234
516444497     +McCABE WEISBERG & CONWAY PC,    216 Hadden Avenue,    Suite 201 Westmont NJ 08108-1120
513274966     +New Jersey Div. Of Taxation,    Compliance Activity,    PO Box  245,    Trenton, NJ 08646-0245
513362182     +PHEAA CONDUIT-AMBAC,    AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
513833870    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 245,
                Trenton, NJ  08695-0245)
513274968      South Jersey Radiology,    PO Box 1710,    Voorhees, NJ  08043-7710
513274969     +State Of NJ., Office / Attorney General,    25 Market St., PO Box 119,    Trenton, NJ 08625-0119
513274970      T-Mobile,    C/O MCM,    Dept 12421,    Oaks, PA  19456-0603
513274973      Underwood Memorial Hospital,    PO Box 150,    West Berlin, NJ  08091-0150
513274976      Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA  19178-8500
513274975      Virtua Health Voorhees,    PO Box 7009,    Bellmawr, NJ  08099-7009
515311258     +Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, PC,    Five Greentree Centre, Suite 303,
                Marlton, NJ 08053-3422
515311259     +Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, PC,    c/o Sage Capital Recovery,
                Attention: Robert Cohen,    1040 North Kings Highway,    Cherry Hill, NJ 08034-1908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: GMACFS.COM Nov 07 2017 22:08:00      Ally Financial serviced by Ally Servicing LLC,
                PO Box 130424,    Roseville, MN  55113-0004
513274937     +EDI: IIC9.COM Nov 07 2017 22:08:00      Advocare Greentree Pediatrics,    C/O IC System Inc.,
                444 Highway 96 E,    Saint Paul, MN 55127-2557
513274941      EDI: ALLIANCEONE.COM Nov 07 2017 22:08:00      Alliance One,    4850 E Street Rd Ste 300,
                Trevose, PA  19053-6643
515847968      EDI: GMACFS.COM Nov 07 2017 22:08:00      Ally Financial,    PO Box 130424,
                Roseville, MN  55113-0004
513274943      EDI: GMACFS.COM Nov 07 2017 22:08:00      Ally Financial,    200 Renaissance Ctr,
                Detroit, MI  48243-1300
513355486     +EDI: GMACFS.COM Nov 07 2017 22:08:00      Ally Financial,    c/o Ally Servicing LLC,
                P.O. Box 130424,    Roseville, MN 55113-0004
513292481      EDI: AIS.COM Nov 07 2017 22:08:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
513274947      EDI: BANKAMER.COM Nov 07 2017 22:08:00      Bank Of America, N.a.,    450 American St,
                Simi Valley, CA  93065-6285
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Nov 07, 2017
                              Form ID: 3180W           Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515236439         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 07 2017 22:32:57
                   Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                   Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                   4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
515236438         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 07 2017 22:32:57
                   Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                   Coral Gables, Florida 33146-1837
513274950          EDI: CAPITALONE.COM Nov 07 2017 22:08:00      Capital One,   PO Box 85520,
                   Richmond, VA 23285-5520
513274951          EDI: CAPITALONE.COM Nov 07 2017 22:08:00      Capital One,   PO Box 5253,
                   Carol Stream, IL 60197-5253
513274952          EDI: CAPITALONE.COM Nov 07 2017 22:08:00      Capital One,   PO Box 71083,
                   Charlotte, NC 28272-1083
513386478          EDI: CAPITALONE.COM Nov 07 2017 22:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                   Charlotte, NC 28272-1083
513274953          EDI: RMSC.COM Nov 07 2017 22:08:00      Carecredit/GECRB,   PO Box 965033,
                   Orlando, FL 32896-0001
513577868          EDI: ECMC.COM Nov 07 2017 22:08:00      Educational Credit Management Corp.,    PO Box 16408,
                   St. Paul, MN 55116-0408
513274960         +E-mail/Text: bankruptcy@fult.com Nov 07 2017 22:33:36      Fulton Bank Of New Jersey,
                   533 Fellowship Rd,    Mount Laurel, NJ 08054-3411
513274961          EDI: RMSC.COM Nov 07 2017 22:08:00      Gecrb/gap,   PO Box 965005,    Orlando, FL 32896-5005
513274963          EDI: IIC9.COM Nov 07 2017 22:08:00      Ic Systems Inc,   PO Box 64378,
                   Saint Paul, MN 55164-0378
513484029          E-mail/Text: bknotice@crgofusa.com Nov 07 2017 22:32:56
                   InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
                   DALLAS, TX 75312-3203
513274964          EDI: MID8.COM Nov 07 2017 22:08:00      Midland Funding,   8875 Aero Dr Ste 200,
                   San Diego, CA 92123-2255
513274965         +E-mail/Text: bankruptcydepartment@tsico.com Nov 07 2017 22:33:14       NCO Financial Systems,
                   PO Box 15618,    Wilmington, DE 19850-5618
513519139          EDI: PRA.COM Nov 07 2017 22:08:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                   POB 41067,    Norfolk VA 23541
513636541          EDI: PRA.COM Nov 07 2017 22:08:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk, VA 23541
513531718          EDI: PRA.COM Nov 07 2017 22:08:00      Portfolio Recovery Associates, LLC,    c/o Capital One, Na,
                   PO Box 41067,    Norfolk VA 23541
513490364          EDI: PRA.COM Nov 07 2017 22:08:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                   PO Box 41067,    Norfolk VA 23541
513853354         +EDI: PRA.COM Nov 07 2017 22:08:00      PRA Receivables Management, LLC,    POB 41067,
                   Norfolk, VA 23541-1067
513342354          EDI: Q3G.COM Nov 07 2017 22:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                   PO Box 788,    Kirkland, WA 98083-0788
513274967          EDI: RMCB.COM Nov 07 2017 22:08:00      Quest Diagnostics, Inc.,    C/O AMCA,
                   4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
513274971          EDI: AISTMBL.COM Nov 07 2017 22:08:00      T-Mobile,   PO Box 742596,
                   Cincinnati, OH 45274-2596
513274972          EDI: CITICORP.COM Nov 07 2017 22:08:00      Thd/cbna,   PO Box 6497,
                   Sioux Falls, SD 57117-6497
513343118          EDI: USBANKARS.COM Nov 07 2017 22:08:00      ELAN FINANCIAL SERVICES,
                   AS SERVICER FOR FULTON BANK OF NJ21,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                   CINCINNATI, OH 45201-5229
513274974          EDI: URSI.COM Nov 07 2017 22:08:00      United Recovery Systems,   PO Box 722929,
                   Houston, TX 77272-2929
513274977          E-mail/Text: bankruptcydepartment@tsico.com Nov 07 2017 22:33:14       West Jersey Hospital,
                   C/O NCO Financial Systems Incs.,    20 Clementon Rd E # 102 North,    Gibbsboro, NJ 08026-1165
                                                                                                TOTAL: 36

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Ally Financial,   PO Box 130424,    Roseville, MN 55113-0004
513274948      ##+Bergen County Probation Dept.,   133 River Street,    Hackensack, NJ 07601-7196
513464877      ##+Denise M. Gustavsen,   234 Howard Ave.,    Rochelle Park, NJ 07662-3421
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 3 of 3                   Date Rcvd: Nov 07, 2017
                              Form ID: 3180W           Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2017 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company NJECFMAIL@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company njecfmail@mwc-law.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          John R. Morton, Jr.    on behalf of Creditor    Ally Financial serviced by Ally Servicing LLC
           ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Robert   Manchel    on behalf of Joint Debtor Kristina M. Gustavsen manchellaw@yahoo.com
          Robert   Manchel    on behalf of Debtor Douglas B. Gustavsen manchellaw@yahoo.com
                                                                                             TOTAL: 12
```